

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| Security Service Federal Credit Union, | § | No. 08-19-00154-CV |
| Appellant, | § | Appeal from the |
| v. | § | 168th District Court |
| Michelle Rodriguez, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2018DCV3979) |
| | § | |

# **O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **October 26, 2019.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Mark C. Walker, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before October 26, 2019.

IT IS SO ORDERED this 7th day of October, 2019.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.